UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60077-CIV-ZLOCH

JORGE G.Z. CALIXTO,

    Plaintiff,

vs.                                                                   O R D E R

BASF CONSTRUCTION CHEMICALS,
LLC, et al.,

    Defendants.
_____/

THIS MATTER is before the Court upon Defendants BASF Construction Chemicals, LLC and Watson Bowman Acme Corp.'s Motion To Dismiss Complaint Or In The Alternative Motion For Summary Judgment (DE 9) and Plaintiff Jorge G.Z. Calixto's Unopposed Motion To Clarify Status And Schedule (DE 22). The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

The Court notes that only a generalized statement of facts needs to be set out to comply with the liberal pleading requirements of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 8(a). The Supreme Court recently abrogated its test for determining the sufficiency of a complaint as formulated in Conley v. Gibson, 355 U.S. 41, 45-46 (1957). See Bell Atlantic Corp. v. Twombly, 127 S.Ct. 1955 (2007). In Bell Atlantic, the Court stated that "[f]actual allegations must be enough to raise a right to relief above the speculative level." Id. at 1965. The Court further explained that "a well-pleaded complaint may proceed even

if it strikes a savvy judge that actual proof of those facts is improbable, and that recovery is very remote and unlikely." Id. (quotations omitted)

Plaintiff's Complaint (DE 1) clearly satisfies the pleading requirements of Rule 8(a). Further, the legal issues raised in the instant Motion (DE 9) are be more properly addressed in a Motion for Summary Judgment, when discovery may present the Court with a full record upon which it may address and decide said issues.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That Defendants BASF Construction Chemicals, LLC and Watson Bowman Acme Corp.'s Motion To Dismiss Complaint Or In The Alternative Motion For Summary Judgment (DE 9) be and the same is hereby **DENIED**; and

2. That Plaintiff Jorge G.Z. Calixto's Unopposed Motion To Clarify Status And Schedule (DE 22) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of November, 2007.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record